IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 1:00CR00041 |
| John A. Perkins | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on January 12, 2004 for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 24th day of April, 2005

_____
United States District Judge